# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                            Chapter 12
                                                                              BKY 19-31919

Michael and LuAnn Fier,

       Debtors.

## TRUSTEE'S EXHIBIT LIST

TO:  All parties in interest pursuant to Local Rule 9013-3.

    The Trustee does not intend to offer the exhibits at hearing on the debtors' motion to sell.

Dated: 3-16-21

                                                          <u>/e/ Kyle L. Carlson</u>
                                                          Kyle L. Carlson
                                                          Chapter 12 Trustee
                                                          PO Box 519
                                                          Barnesville, MN  56514
                                                          218-354-7356

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                           Chapter 12
                                                                           BKY 19-31919

Michael and LuAnn Fier,

        Debtors.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      The undersigned, being an employee of the standing Chapter 12 Trustee, declares that on the date indicated below, I served the attached Exhibit List upon all entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

    Michael and LuAnn Fier
    202 N Eisenhower Street
    Minnesota, MN 56264

    Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
    PO Box 130000
    Raleigh, NC 27605

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 3-16-21

                                                                                /e/ Jamie Swenson
                                                                                Jamie Swenson
                                                                                Chapter 12 Office