## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    BKY Case No. 19-31919 (MER)

Michael James Fier and                                    Chapter 12 Case
LuAnn Mary Fier,
                          Debtors.                        **ORDER**

_____

At Minneapolis, Minnesota, April 20, 2021.

This chapter 12 case came on for evidentiary hearing before the undersigned on the debtors' motion to sell property free and clear of liens (ECF No. 64), together with the objections of the trustee and Bank of the West to the proposed sale of real property.[1] Appearances were as noted on the record. The Court, after having reviewed the motion and the objections, and having considered all of the evidence, including all the files, records, and proceedings herein, orally stated and recorded in open court its decision, which, pursuant to Fed. R. Bankr. P. 7052, made applicable to this contested matter by Fed. R. Bankr. P. 9014(c), constituted the Court's findings of fact and conclusions of law.  Accordingly,

   **IT IS HEREBY ORDERED THAT**:

1.    The parties' agreement that the debtors may auction the equipment, as defined in the motion, is APPROVED.

2.    The debtors' motion to sell the real property, as defined in the motion, is DENIED.


*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/20/2021*
Lori Vosejpka, Clerk, by MJS

---

[1]  The Court took the matter under advisement following the filing of proposed, supplemental findings of fact and conclusions of law by the parties.